UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:05-cv-01699-CRB |
| This document relates to: | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| *Barbara Singleton v. Monsanto Company, et al.,* (Case No. ~~4:05-cv-1658~~) 3:06-cv-01976 CRB | |

    Plaintiff Barbara Singleton ("Plaintiff") and Defendants Monsanto Company, Pfizer, Inc., Pharmacia Corporation, and G.D. Searle LLC ("Defendants") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Defendants, subject to the following condition:

    Plaintiff agrees that, in the event she re-files a lawsuit against Defendants that contains claims relating to Celebrex®, such lawsuit will be filed in *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation,* (MDL-1699) in the United States District Court for the Northern District of California.

    Plaintiff agrees to the above-stated condition and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing.

    The parties shall each bear their own costs.

    WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Barbara Singleton in the above-styled lawsuit without prejudice to re-filing, subject to the condition stated above.

    IT IS SO ORDERED, this __18th__ day of _____August_____, 2006.

_____
JUDGE CHARLES R. BREYER

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]

Respectfully Submitted by:

Dated: 8/11/06, 2006

Thomas P. Cartmell    MO #45366
Brian J. Madden    MO #40637
Thomas J. Preuss    MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram    MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever    MO # 24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton    MO #31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
FAX (913) 266-2366

Grant L. Davis    MO #34799
Shawn G. Foster    MO #47663
Davis Bethune & Jones, LLC
1100 Main St., Ste. 2930
P.O. Box 26250
Kansas City, MO 64196
(816) 421-1600
FAX (816) 472-5972

ATTORNEYS FOR PLAINTIFF
BARBARA SINGLETON

2

Dated: __8-15__, 2006      _/s/ Stuart M. Gordon_
Stuart M. Gordon
Gordon & Rees
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900
FAX 415-986-8054
sgordon@gordonrees.com

DEFENDANTS' LIAISON COUNSEL

## CERTIFICATE OF SERVICE

The undersigned certifies that on the _15_ day of _August_, 2006 the above and foregoing document was electronically filed, and notification of such filing was made by the Court via e-mail to all counsel electronically registered with the Court.

_/s/ Stuart M. Gordon_
Attorney

3